# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. 1:09-cv-00818 LJO DLB PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN TWENTY DAYS OR THIS ACTION WILL BE DISMISSED<br><br>(Doc. 1) |

Plaintiff Tahee Abd' Rasheed, CDC# J-74120, aka James E. Smith, CDC# J-74120, is a state prisoner proceeding pro se in this civil action filed on May 8, 2009.

28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis

///

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 3:06-cv-05992-SI Smith v. Holm (N.D. Cal.) (dismissed 01/22/2007 for failure to state a claim); 1:07-cv-00509-LJO-SMS Smith v. Scribner (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim); 1:06-cv-00310-AWI-NEW (DLB) PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim); and 1:07-cv-00531-AWI-SMS Smith v. Social Sec. Admin. Office, Employees (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim).

1

unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

Plaintiff alleges that he is a forced slave for the State of California pursuant to an unconstitutional state policy. Plaintiff alleges that he is falsely imprisoned, that he is prevented from presenting a defense to a criminal charge, and that he is being denied his right to own property and to spend the money in his prison account. Plaintiff is not under imminent danger of serious physical injury, and he may not proceed in forma pauperis in this action. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff has twenty days to pay the $350.00 filing fee in full or this action will be dismissed.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action; and

2. Plaintiff shall pay the $350.00 filing fee in full within **twenty (20) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   May 14, 2009**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE